# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-2682-RBJ-NYW

CHERIE BURNS AND MICHAEL BURNS,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I.

    Defendants.

---

## ELECTION CONCERNING CONSENT/NON-CONSENT TO UNITED STATES MAGISTRATE JUDGE JURISDICTION

---

Under 28 U.S.C. § 636(c) and

(1)     D.C.COLO.LCivR 40.1(c) (Assignment of Cases/Direct Assignment to Magistrate Judges);

or

(2)     Fed. R. Civ. P. 73 and D.C.COLO.LCivR 72.2 (Consent Jurisdiction of a Magistrate Judge);

or

(3)     D.C.COLO.LAPR 72.2 (Consent Jurisdiction of a Magistrate Judge).

### CHECK ONE

_____ all parties in this civil action CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment;

### OR

_____X_____ at least one party in this civil action DOES NOT CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

Respectfully submitted,

  /s/ Brandon "Todd" Collins
***Brandon "Todd" Collins***
***Marc B. Tull***
Law Offices of Todd Collins
724 East Kiowa Avenue, Suite 7
Elizabeth, Colorado 80107
(303) 588-2200


  /s/ Billy-George Hertzke
***Billy-George Hertzke***
***Hailey L. Loehr***
SGR, LLC
3900 E. Mexico Avenue, Suite 700
Denver, CO 80210
Telephone:   303-320-0509
Fax: 303-320-0210
bhertzke@sgrllc.com
hloehr@sgrllc.com

01808355.DOCX